Gregory P. Joseph (GP-1210) (gjoseph@josephnyc.com)
Mara Leventhal (ML-1218) (mleventhal@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1299

**SCANNED**

*Attorneys for Defendant Eugene N. Melynk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    -against-

BIOVAIL CORPORATION,
EUGENE N. MELNYK,
BRIAN CROMBIE,
JOHN MISZUK, and
KENNETH G. HOWLING,

                Defendants.
------------------------------------------------------------x

08 CIV 02979 (LAK)
ECF CASE

**MOTION TO ADMIT
COUNSEL PRO HAC
VICE**



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mara Leventhal, attorney for defendant Eugene N. Melnyk in the above captioned matter and a member in good standing of the bar of this Court, hereby move upon my accompanying declaration, submitted herewith, for an Order allowing the admission pro hac vice as counsel for Mr. Melnyk of:

    Benjamin S. Haley
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    Tel: 202-662-5194
    Fax: 202-778-5194
    bhaley@cov.com

Benjamin S. Haley is a member in good standing of the Bars of the District of Columbia and the State of Maryland. There are no pending disciplinary proceedings against Mr. Haley in any State or Federal court.

Dated:   April 14, 2008
         New York, NY

>    Respectfully Submitted,
>
>    GREGORY P. JOSEPH LAW OFFICES LLC
>
>    By: _____
>    Mara Leventhal (ML-1218)
>
>    485 Lexington Avenue, 30th Floor
>    New York, New York 10017
>    Tel: (212) 407-1200
>    Fax: (212) 407-1299
>
>    *Attorneys for Defendant Eugene N. Melnyk*

610495

2

Gregory P. Joseph (GP-1210) (gjoseph@josephnyc.com)
Mara Leventhal (ML-1218) (mleventhal@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1299
*Attorneys for Defendant Eugene N. Melynk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,       :
                                          :
                Plaintiff,                :
                                          :   08 CIV 02979 (LAK)
        -against-                         :   ECF CASE
                                          :
BIOVAIL CORPORATION,                      :
EUGENE N. MELNYK,                         :
BRIAN CROMBIE,                            :
JOHN MISZUK, and                          :
KENNETH G. HOWLING,                       :
                                          :
                Defendants.               :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 14, 2008, I caused a true and correct copy of Motion To Admit Counsel Pro Hac Vice to be served upon the following counsel for the parties via Federal Express:

Mark K. Schonfeld
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Tel: (212) 336-1120
*Attorneys for Plaintiff Securities and Exchange Commission*

David M. Becker
Shawn H. Chen
Robin M. Bergen
Cleary Gottlieb Steen & Hamilton LLP

2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500
*Attorneys for Defendant Brian Crombie*

Bruce Hiler
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200
*Attorneys for Defendant John Miszuk*

Carmen J. Lawrence
Michael J. Rivera
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: (212) 859-8000
*Attorneys for Defendant Kenneth G. Howling*


Executed:   New York, New York
            April 14, 2008

_____
James M. Rome

2

Gregory P. Joseph (GP-1210) (gjoseph@josephnyc.com)
Mara Leventhal (ML-1218) (mleventhal@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1299

*Attorneys for Defendant Eugene N. Melynk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,     :
                                        :
                    Plaintiff,          :
                                        :   08 CIV 02979 (LAK)
         -against-                      :   ECF CASE
                                        :
BIOVAIL CORPORATION,                    :   **DECLARATION OF**
EUGENE N. MELNYK,                       :   **MARA LEVENTHAL**
BRIAN CROMBIE,                          :   **IN SUPPORT OF**
JOHN MISZUK, and                        :   **MOTION TO**
KENNETH G. HOWLING,                     :   **ADMIT COUNSEL**
                                        :   **PRO HAC VICE**
                    Defendants.         :
------------------------------------------------------------------ x

I, Mara Leventhal, declare pursuant to 28 U.S.C. § 1746 that:

1.      I am a Partner at Gregory P. Joseph Law Offices LLC, attorney for defendant Eugene N. Melnyk in the above-captioned matter. I am familiar with the proceedings in this case. I make this declaration based on my personal knowledge of the facts set forth herein and in support of the accompanying motion to admit Benjamin S. Haley as counsel for Mr. Melnyk pro hac vice.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice in 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Mr. Haley since March 2008. Mr. Haley is an associate at Covington & Burling LLP in Washington, DC. I have found Mr. Haley to be a skilled attorney and a person of integrity. Mr. Haley is experienced in Federal practice and is familiar with the Federal Rules of Procedure. There are no pending disciplinary proceedings against Mr. Haley in any State or Federal Court.

4.  I am pleased to move Mr. Haley's admission, pro hac vice, to this Court.

5.  A true and correct copy of Mr. Haley's Certificate of Good Standing from the bar of the District of Columbia is respectfully submitted herewith as Exhibit A.

6.  A true and correct copy of Mr. Haley's Certificate of Good Standing from the bar of the State of Maryland is respectfully submitted herewith as Exhibit B.

7.  A proposed order granting the admission of Benjamin S. Haley, pro hac vice, is respectfully submitted herewith as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2008.

Respectfully Submitted,

_____
Mara Leventhal (ML-1218)

610496



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**BENJAMIN S. HALEY**

was on the 15TH day of SEPTEMBER, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 10, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of December, 2005,

### Benjamin Sherwood Haley

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this tenth day of April, 2008.

*Bessie M. Decker*
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,   :
:
:
                Plaintiff,   :
:  08 CIV 02979 (LAK)
    -against-   :  ECF CASE
:
BIOVAIL CORPORATION,   :  **ORDER FOR**
EUGENE N. MELNYK,   :  **ADMISSION PRO HAC**
BRIAN CROMBIE,   :  **VICE ON WRITTEN**
JOHN MISZUK, and   :  **MOTION**
KENNETH G. HOWLING,   :
:
                Defendants.   :
------------------------------------------------------------------ x

Upon the motion of Mara Leventhal, attorney for defendant Eugene N. Melnyk, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

    Benjamin S. Haley
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    Tel: 202-662-5194
    Fax: 202-778-5194
    bhaley@cov.com

is admitted to practice pro hac vice as counsel for Mr. Melnyk in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this action has been assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  April __, 2008
        New York, NY

_____<br>
UNITED STATES DISTRICT JUDGE

610494

Gregory P. Joseph (GP-1210) (gjoseph@josephnyc.com)
Mara Leventhal (ML-1218) (mleventhal@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1299
*Attorneys for Defendant Eugene N. Melynk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,         :
                                             :
                Plaintiff,                   :
                                             :   08 CIV 02979 (LAK)
        -against-                            :   ECF CASE
                                             :
BIOVAIL CORPORATION,                         :
EUGENE N. MELNYK,                            :
BRIAN CROMBIE,                               :
JOHN MISZUK, and                             :
KENNETH G. HOWLING,                          :
                                             :
                Defendants.                  :
-------------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 14, 2008, I caused a true and correct copy of Declaration of Mara Leventhal In Support Of Motion To Admit Counsel Pro Hac Vice to be served upon the following counsel for the parties via Federal Express:

Mark K. Schonfeld
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Tel: (212) 336-1120
*Attorneys for Plaintiff Securities and Exchange Commission*

David M. Becker
Shawn H. Chen

Robin M. Bergen
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500
*Attorneys for Defendant Brian Crombie*

Bruce Hiler
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200
*Attorneys for Defendant John Miszuk*

Carmen J. Lawrence
Michael J. Rivera
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: (212) 859-8000
*Attorneys for Defendant Kenneth G. Howling*


Executed:    New York, New York
             April 14, 2008

_/s/ James M. Rome_
James M. Rome

2