

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------  x

SECURITIES AND EXCHANGE COMMISSION,          :

                 Plaintiff,          :

           v.          :   No. 08 CIV 02979 (LAK)
               :   (GWG)

BIOVAIL CORPORATION,          :
EUGENE N. MELNYK,          :   ECF Case
BRIAN CROMBIE,          :
JOHN MISZUK, and          :
KENNETH G. HOWLING          :

           Defendants.          :

------------------------------------------------------------  x

## STIPULATION REGARDING DEADLINE FOR FILING RESPONSIVE PLEADINGS

       WHEREAS, Plaintiff filed and served a Complaint in this action on March 24,

2008 (the "Complaint");

       WHEREAS, Defendants have accepted service of the Complaint and agreed to

waive service of the summons; and

       WHEREAS, the parties believe that it is appropriate and in the interests of judicial

economy to set a common date on which all responsive pleadings will be due;

       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that each

Defendant shall have until through and including June 23, 2008 to answer or otherwise respond

to the Complaint.

This Stipulation may be executed in counterparts.

By: _____

Mark K. Schonfeld
Andrew M. Calamari
Robert J. Keyes
Todd D. Brody
Celeste A. Chase
Catherine Smith
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Tel: (212) 336-1120

*Attorneys for Plaintiff Securities and Exchange Commission*

By: _____

David M. Becker
Shawn J. Chen
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500

*Attorneys for Defendant Brian Crombie*

By: _____

Gregory P. Joseph
Mara Leventhal
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Tel: (212) 407-1200

Lanny A. Breuer
Dennis B. Auerbach [1]
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 662-6000

*Attorneys for Defendant Eugene N. Melnyk*

By: _____

Bruce Hiler
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200

*Attorneys for Defendant John Miszuk*

---

[1] Motion for admission pro hac vice pending.

2

This Stipulation may be executed in counterparts.

By: _____

Mark K. Schonfeld
Andrew M. Calamari
Robert J. Keyes
Todd D. Brody
Celeste A. Chase
Catherine Smith
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Tel: (212) 336-1120

*Attorneys for Plaintiff Securities and Exchange
Commission*

By: _____

Gregory P. Joseph
Mara Leventhal
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Tel: (212) 407-1200

Lanny A. Breuer
Dennis B. Auerbach [1]
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 662-6000

*Attorneys for Defendant Eugene N. Melnyk*

By: _____

David M. Becker
Shawn J. Chen
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500

*Attorneys for Defendant Brian Crombie*

By: _____

Bruce Hiler
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200

*Attorneys for Defendant John Miszuk*

---

[1] Motion for admission <u>pro hac vice</u> pending.

2

This Stipulation may be executed in counterparts.


By: _____

Mark K. Schonfeld
Andrew M. Calamari
Robert J. Keyes
Todd D. Brody
Celeste A. Chase
Catherine Smith
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Tel: (212) 336-1120

*Attorneys for Plaintiff Securities and Exchange Commission*


By: _____

David M. Becker
Shawn J. Chen
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500

*Attorneys for Defendant Brian Crombie*


By: _____

Gregory P. Joseph
Mara Leventhal
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Tel: (212) 407-1200

Lanny A. Breuer
Dennis B. Auerbach [1]
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 662-6000

*Attorneys for Defendant Eugene N. Melnyk*


By: _____

Bruce Hiler
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200

*Attorneys for Defendant John Miszuk*

---

[1] Motion for admission **pro hac vice** pending.


2

By: _____

Carmen J. Lawrence
Michael B. deLeeuw
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: (212) 859-8000

*Attorneys for Defendant Kenneth G. Howling*


SO ORDERED:

_____

Hon. Lewis A. Kaplan
United States District Judge

Dated: 4/15/08 _____

3