**MEMO ENDORSED**

**SCANNED**

Gregory P. Joseph (GP-1210) (gjoseph@josephnyc.com)
Mara Leventhal (ML-1218) (mleventhal@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1299

*Attorneys for Defendant Eugene N. Melynk*

RECEIVED APR 17 2008
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

   -against-

BIOVAIL CORPORATION,
EUGENE N. MELNYK,
BRIAN CROMBIE,
JOHN MISZUK, and
KENNETH G. HOWLING,

          Defendants.
------------------------------------------------------------ x

08 CIV 02979 (LAK)
ECF CASE

**MOTION TO ADMIT
COUNSEL PRO HAC
VICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mara Leventhal, attorney for defendant Eugene N. Melnyk in the above captioned matter and a member in good standing of the bar of this Court, hereby move upon my accompanying declaration, submitted herewith, for an Order allowing the admission pro hac vice as counsel for Mr. Melnyk of:

   Benjamin S. Haley
   Covington & Burling LLP
   1201 Pennsylvania Avenue, NW
   Washington, DC 20004-2401
   Tel: 202-662-5194
   Fax: 202-778-5194
   bhaley@cov.com

SO ORDERED

LEWIS A. KAPLAN, USDJ

Benjamin S. Haley is a member in good standing of the Bars of the District of Columbia and the State of Maryland. There are no pending disciplinary proceedings against Mr. Haley in any State or Federal court.

Dated:   April 14, 2008
          New York, NY

                            Respectfully Submitted,

                            GREGORY P. JOSEPH LAW OFFICES LLC
                            By: _____
                                Mara Leventhal (ML-1218)

                            485 Lexington Avenue, 30th Floor
                            New York, New York 10017
                            Tel: (212) 407-1200
                            Fax: (212) 407-1299

                            *Attorneys for Defendant Eugene N. Melnyk*

610495