# MEMO ENDORSED

Gregory P. Joseph (GP-1210) (gjoseph@josephnyc.com)
Mara Leventhal (ML-1218) (mleventhal@josephnyc.com)
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel: (212) 407-1200
Fax: (212) 407-1299

**SCANNED**

*Attorneys for Defendant Eugene N. Melynk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      -against-

BIOVAIL CORPORATION,
EUGENE N. MELNYK,
BRIAN CROMBIE,
JOHN MISZUK, and
KENNETH G. HOWLING,

                Defendants.
-------------------------------------------------------------- x

08 CIV 02979 (LAK)
ECF CASE

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

RECEIVED APR 17 2008 JUDGE KAPLAN'S CHAMBERS

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Mara Leventhal, attorney for defendant Eugene N. Melnyk in the above captioned matter and a member in good standing of the bar of this Court, hereby move upon my accompanying declaration, submitted herewith, for an Order allowing the admission pro hac vice as counsel for Mr. Melnyk of:

    Dennis B. Auerbach
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    Tel: 202-662-5226
    Fax: 202-778-5226
    dauerbach@cov.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

*Granted*

LEWIS A. KAPLAN, USDJ
4/17/08

Dennis B. Auerbach is a member in good standing of the Bar of the District of Columbia.

There are no pending disciplinary proceedings against Dennis B. Auerbach in any State or Federal court.

Dated:   April 14, 2008
         New York, NY

>                    Respectfully Submitted,
>
>                    GREGORY P. JOSEPH LAW OFFICES LLC
>
>                    By: _____
>                         Mara Leventhal (ML-1218)
>
>                    485 Lexington Avenue, 30th Floor
>                    New York, New York 10017
>                    Tel: (212) 407-1200
>                    Fax: (212) 407-1299
>
>                    *Attorneys for Defendant Eugene N. Melnyk*

610481