UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> BIOVAIL CORPORATION, BRIAN CROMBIE, KENNETH HOWLING, EUGENE MELNYK, JOHN MISZUK <br><br> Defendant. | No. 08 CV 02979 <br><br> MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Jodi L. Avergun, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

    Bruce A. Hiler
    Cadwalader Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, D.C. 20004
    (202) 862-2200 (tel.)
    (202) 862-2400 (fax)

Dated:    New York, NY
           April 21, 2008

                                      CADWALADER WICKERSHAM & TAFT LLP

                                      By: _____
                                          Jodi L. Avergun (JA2109)
                                          1201 F Street, N.W.
                                          Washington, D.C. 20004
                                          (202) 862-2200 (tel.)
                                          (202) 862-2400 (fax)

                                            *Attorneys for Defendant John Miszuk*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> BIOVAIL CORPORATION, BRIAN CROMBIE, KENNETH HOWLING, EUGENE MELNYK, JOHN MISZUK <br><br> Defendants. | No. 08 CV 02979(LAK) <br> ECF CASE <br><br> AFFIDAVIT OF JODI L. AVERGUN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

I, Jodi L. Avergun, declare pursuant to 28 U.S.C § 1746 that::

1. I am Special Counsel at Cadwalader Wickersham & Taft, LLP, counsel for Defendant John Miszuk in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Bruce A. Hiler as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bars of the State of New York and the District of Columbia, and was admitted to practice law in 1988 in New York and in 2007 in the District of Columbia. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Bruce Hiler since November 2006.

4. Mr. Hiler is a partner at Cadwalader Wickersham & Taft LLP in Washington, D.C. He is a member in good standing of the bars of the District of Columbia and Illinois. His certificates of good standing are attached.

-2-

5.  I have found Mr. Hiler to be a skilled attorney and a person who possesses the utmost integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Bruce Hiler, *pro hac vice*, to this Court.

7.  A true and correct copy of Mr. Hiler's Certificates of Good Standing from the bar of the District of Columbia and Illinois are respectfully submitted herewith as Exhibits A and B, respectively.

8.  I respectfully submit a proposed order granting the admission of Bruce Hiler, *pro hac vice*, which is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2008.

Dated:   New York, NY
         April 21, 2008

**DISTRICT OF COLUMBIA:ss:**

*Paula R Martin*

CADWALADER WICKERSHAM & TAFT LLP

By: _____
    Jodi L. Avergun (JA 2109)
    1201 F Street, N.W.
    Washington, D.C. 20004
    (202) 862-2200 (tel.)
    (202) 862-2400 (fax)

*Attorneys for Defendant John Miszuk*

PAULA R. MARTIN
COMMISSION EXPIRES
MARCH 14, 2010



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D.C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRUCE A. HILER

was on the 6TH day of FEBRUARY, 1995 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 14, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Bruce A. Hiler

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1977 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, April 16, 2008.

*Juleann Hornyak*

Clerk

Bruce A. Hiler is currently registered as an inactive attorney pursuant to Supreme Court Rule 756(a)(5), and "shall no longer be eligible to practice law" or hold himself out as being authorized to practice law in Illinois.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> BIOVAIL CORPORATION, BRIAN CROMBIE, KENNETH HOWLING, EUGENE MELNYK, JOHN MISZUK <br><br> Defendant. | No. 08 CV 02979(LAK) <br><br><br> ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |

Upon the motion of Jodi L. Avergun, attorney for Defendant John Miszuk and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

> Bruce Hiler
> Cadwalader Wickersham & Taft LLP
> 1201 F Street, N.W.
> Washington, D.C. 20004
> (202) 862-2200 (tel.)
> (202) 862-2400 (fax)

is admitted to practice *pro hac vice* as counsel for Defendant John Miszuk in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:   New York, NY
         _____, 2008

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

-v-

BIOVAIL CORPORATION, BRIAN CROMBIE, KENNETH HOWLING, EUGENE MELNYK, JOHN MISZUK,

                      Defendants.

Index No. 08 CV 02979(LAK)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK:
                      : SS
COUNTY OF NEW YORK:

        Roddie Don Daniels, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age.

2.     On the 23rd day of April, 2008, I served a true and correct copy of the

- Motion to Admit Counsel Pro Hac Vice

by depositing a true copies thereof enclosed in an official depository under the exclusive care and custody of the US Postal service within the city and state of New York, addressed to the following:

Mark K. Schonfeld
Securities and Exchange Commission
Three World Financial Center
Suite 400
New York, New York 10281-1022

David M. Becker
Shawn H. Chen
Robin M. Bergen
Cleary Gottlieb Steen & Hamilton LLP
200 Pennsylvania Avenue, NW
Washington, DC 20006-1801

Dennis Auerbach
Lanny Breuer
Covington & Burling, LLP
1201 Pennsylvania Avenue, N.W.
Suite 1015
Washington, DC 20004

Carmen Lawrence
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980

USActive 12669072.1

-2-

Gregory Joseph  
Mara Leventhal  
Gregory P. Joseph Law Offices LLC  
485 Lexington Avenue, 30th Floor  
New York, New York  10017

Michael Rivera  
Fried Frank Harris Shriver & Jacobson LLP  
1001 Pennsylvania Avenue, N.W.  
Washington, DC  20004

_____  
Roddie Don Daniels

Sworn to before me on this  
23rd day of April 2008

_____  
Neil A. Ellman

NEIL A. ELLMAN  
Notary Public, State of New York  
No. 41-4651078  
Qualified in Queens County  
Certificate filed in New York County  
Commission Expires 5/28/10

USActive 12669072.1              -2-