UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SCANNED

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

BIOVAIL CORPORATION, BRIAN CROMBIE, KENNETH HOWLING, EUGENE MELNYK, JOHN MISZUK

    Defendant.

---

No. 08 CV 02979(LAK)

MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Jodi L. Avergun, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of

Thomas A. Kuczajda
Cadwalader Wickersham & Taft LLP
1201 F Street, N.W.
Washington, D.C. 20004
(202) 862-2200 (tel.)
(202) 862-2400 (fax)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/08

Dated:  New York, NY
        April 21, 2008

CADWALADER WICKERSHAM & TAFT LLP

By: _____
Jodi L. Avergun (JA 2109)
1201 F Street, N.W.
Washington, D.C. 20004
(202) 862-2200 (tel.)
(202) 862-2400 (fax)

*Attorneys for Defendant John Miszuk*

SO ORDERED
LEWIS A. KAPLAN USDJ