#14

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SCANNED

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

BIOVAIL CORPORATION, BRIAN CROMBIE, KENNETH HOWLING, EUGENE MELNYK, JOHN MISZUK

    Defendant.

No. 08 CV 02979 (LAK)

MOTION TO ADMIT
COUNSEL PRO HAC VICE

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Jodi L. Avergun, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

    Bruce A. Hiler
    Cadwalader Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, D.C. 20004
    (202) 862-2200 (tel.)
    (202) 862-2400 (fax)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

Dated:  New York, NY
        April 21, 2008

CADWALADER WICKERSHAM & TAFT LLP

By: _____
Jodi L. Avergun (JA2109)
1201 F Street, N.W.
Washington, D.C. 20004
(202) 862-2200 (tel.)
(202) 862-2400 (fax)

*Attorneys for Defendant John Miszuk*

SO ORDERED
_Granted_
LEWIS A. KAPLAN, USDJ
4/30/08

USActive 12570914.1