Carmen J. Lawrence
Michael B. de Leeuw
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York  10004-1980
(212) 859-8000
Carmen.Lawrence@friedfrank.com

Attorneys for Defendant
Kenneth G. Howling

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
SECURITIES AND EXCHANGE COMMISSION,                               :
                                                                  :
                         Plaintiff,                               :   08-cv-02979 (LAK)
                                                                  :   ECF CASE
        - against -                                               :
                                                                  :   **DEFENDANT KENNETH**
                                                                  :   **G. HOWLING'S INITIAL**
                                                                  :   **DISCLOSURES**
                                                                  :   **PURSUANT TO FED. R.**
                                                                  :   **CIV. P. 26(a)(1)**
                                                                  :
BIOVAIL CORPORATION, EUGENE N. MELNYK,                            :
BRIAN CROMBIE, JOHN MISZUK and KENNETH G.                         :
HOWLING,                                                          :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------x-

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Kenneth G. Howling ("Mr. Howling"), by his attorneys Fried, Frank, Harris, Shriver & Jacobson LLP, makes these initial disclosures.

## DEFINITIONS

The following definitions shall apply to these initial disclosures:

1. "Accident" means the October 1, 2003 accident involving a truck carrying a shipment of Biovail product that was in transit from Biovail's warehouse in Canada to the distributor in North Carolina.

2. "Biovail" means Biovail Corporation and its predecessors, parent corporations, subsidiaries, divisions, departments and affiliates, and their respective officers, directors, employees, agents, attorneys, advisors, investment bankers, consultants, and other representatives acting at its direction or on its behalf.

3. "License Agreement" means the Development, License and Copromotion Agreement between SmithKline Beecham Corporation and Biovail Laboratories Incorporated, and any prior drafts or versions thereof.

4. "Delivery Term" means § 9.07 of the License Agreement.

## INITIAL DISCLOSURES

I. **Rule 26(a)(1)(A)(i) Disclosures**

Subject to and without limiting the reservations stated below, Mr. Howling submits the following initial disclosures of individuals likely to have discoverable information that Mr. Howling may use to support his claims and defenses, unless solely for impeachment, the address if known, and the subject matter(s) of that information:

| Name and Last Known Address (If Known) | Subject Matter |
|---|---|
| Christopher Bovaird<br>c/o Lawrence Iason<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, PC<br>565 Fifth Avenue<br>New York, NY 10017<br>Tel: (212) 856-9600 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |

| | |
|---|---|
| Kenneth Cancellara<br>145 Dunvegan Road<br>Toronto, Ontario M5P 2N8<br>Canada<br>Tel: (416) 440-2904 (x213) | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Carol Chapuis<br>c/o Biovail Corporation<br>7150 Mississauga Road<br>Mississauga, Ontario L5N 8M5<br>Canada<br>Tel: (905) 286-3000 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Brian Crombie<br>c/o David M. Becker, Esq.<br>Cleary, Gottlieb, Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006-1801<br>Tel: (202) 974-1500 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Jack Davis<br>c/o Glaxo SmithKline<br>1011 N. Arendell Avenue<br>Zebulon, NC 27597 | The Accident, including communications with investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Le'Raine Dunn<br>c/o Biovail Corporation<br>7150 Mississauga Road<br>Mississauga, Ontario L5N 8M5<br>Canada<br>Tel: (905) 286-3000 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Richard Dyer<br>c/o Glaxo SmithKline<br>1011 N. Arendell Avenue<br>Zebulon, NC 27597 | The Accident, including any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Arlene Fong<br>c/o Lawrence Wechsler, Esq.<br>Janis, Schuelke & Wechsler<br>1728 Massachusetts Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 861-0600 | The Accident, the License Agreement, and the Delivery Term. |
| J. Stanley Hull<br>c/o Glaxo SmithKline<br>1011 N. Arendell Avenue<br>Zebulon, NC 27597 | The Accident, including any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |

| | |
|---|---|
| Martin Lundie<br>c/o Jerome G. Snider, Esq.<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 | The Accident, the License Agreement, and the Delivery Term. |
| Peter McLean<br>c/o Biovail Corporation<br>7150 Mississauga Road<br>Mississauga, Ontario L5N 8M5<br>Canada<br>Tel: (905) 286-3000 | The Accident, the License Agreement, and the Delivery Term. |
| Eugene Melnyk<br>c/o Gregory P. Joseph, Esq.<br>Law Offices of Gregory P. Joseph LLC<br>485 Lexington Avenue, 30th Floor<br>New York, NY 10017<br>Tel: (212) 407-1200 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| John Miszuk<br>c/o Bruce Hiler, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>1201 F Street, NW<br>Washington, DC 20004<br>Tel: (202) 862-2200 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Naomi Nemeth<br>Homeland Energy Group, Ltd.<br>780, 144 Front St. W.<br>Toronto, ON M5J 2L7<br>Canada<br>Tel: (416) 542-3978 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Lew Phelps<br>Sitrick and Company<br>1840 Century Park East<br>Suite 800<br>Los Angeles, CA 90067<br>Tel: (310) 788-2850 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Robert Scullion<br>c/o Jerome G. Snider, Esq.<br>Davis, Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000 | The Accident, the License Agreement, and the Delivery Term. |

| | |
|---|---|
| Michael Sitrick<br>Sitrick and Company<br>1840 Century Park East<br>Suite 800<br>Los Angeles, CA 90067<br>Tel: (310) 788-2850 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Neil Smith<br>c/o Biovail Corporation<br>7150 Mississauga Road<br>Mississauga, Ontario L5N 8M5<br>Canada<br>Tel: (905) 286-3000 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Larry Thiessen<br>c/o Biovail Corporation<br>7150 Mississauga Road<br>Mississauga, Ontario L5N 8M5<br>Canada<br>Tel: (905) 286-3000 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Mark Thompson<br>c/o Biovail Corporation<br>7150 Mississauga Road<br>Mississauga, Ontario L5N 8M5<br>Canada<br>Tel: (905) 286-3000 | The Accident, including the preparation of any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |
| Analysts who covered Biovail during 2003, including but not limited to David Maris. | The Accident, including any communications to investors regarding the Accident, the License Agreement, and the Delivery Term. |

II.   **Rule 26(a)(1)(A)(ii) Disclosures**

Subject to and without limiting the reservations stated below, Mr. Howling submits the following initial list of categories of documents in his possession, custody or control that may be used to support his claims or defenses, other than solely for impeachment: documents already produced to the SEC pursuant to subpoenas issued during its pre-litigation investigation of the issues in this case.

III.   **Rule 26(a)(1)(A)(iii) Disclosures**

Not applicable.

IV.   **Rule 26(a)(1)(A)(iv) Disclosures**

Not applicable.

## RESERVATIONS

1.   Mr. Howling makes these initial disclosures without prejudice to his rights under the Federal Rules of Civil Procedure or applicable local rules, including his right not to disclose information that may be used solely for impeachment.

2.   Mr. Howling expressly reserves all objections, including but not limited to: (a) relevance; (b) attorney-client privilege; (c) work product protection; (d) any other applicable privilege or protection under federal or state law; (e) undue burden; (f) materiality; (g) overbreadth; (h) the admissibility in evidence of these initial disclosures or the subject matter thereof; and (i) producing proprietary and confidential business information, financial data, and trade secrets without an appropriate confidentiality agreement or protective order. All objections are expressly reserved, as are Mr. Howling's rights to move for a protective order or other applicable relief.

3.      Mr. Howling has not completed his discovery in this case and reserves the right to clarify, amend, modify, or supplement the information contained in these initial disclosures if and when he obtains supplemental information, to the extent required by the Federal Rules of Civil Procedure and applicable local court rules.

4.      By referring to documents in the initial disclosure process, Mr. Howling makes no representations or concessions regarding the relevancy, admissibility, or appropriateness of any document.

5.      Mr. Howling relies upon Plaintiff to advise him if Plaintiff believes that there are other persons who have discoverable information relevant to Plaintiff's allegations, claims, or defenses.

Dated: New York, New York
       June 13, 2008

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____/s/ Carmen Lawrence_____
    Carmen J. Lawrence
    Michael B. de Leeuw
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
Carmen.Lawrence@friedfrank.com

Attorneys for Defendant
Kenneth G. Howling

CERTIFICATE OF SERVICE

       I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 13, 2008 I caused to be served upon the following, by Federal Express, a true copy of the attached Defendant Kenneth G. Howling's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1):

Dennis B. Auerbach
Covington & Burling, L.L.P.
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Benjamin S. Haley
Covington & Burling, L.L.P.
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Bruce A. Hiler
Cadwalader, Wickersham & Taft, L.L.P.
1201 F Street, N.W.
Washington, DC 20004

Thomas A. Kuezajda
Cadwalader, Wickersham & Taft, LLP
1201 F Street, N.W.
Washington, DC 20004

Mark K. Schonfeld
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281

Dated:   New York, New York
           June 13, 2008

_____
Joshua D. Roth