**GREGORY P. JOSEPH LAW OFFICES LLC**
Gregory P. Joseph (GJ-1210) (gjoseph@josephnyc.com)
Mara Leventhal (ML-1218) (mleventhal@josephnyc.com)
Samuel N. Fraidin (SF-1209) (sfraidin@josephny.com)
Meredith M. Spencer (née McGrady) (MM-1221) (mspencer@josephnyc.com)
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel.:   (212) 407-1200
Fax:   (212) 407-1280

**COVINGTON & BURLING LLP**
Lanny A. Breuer (lbreuer@cov.com)
Dennis B. Auerbach (dauerbach@cov.com) (admitted *pro hac vice*)
Benjamin S. Haley (bhaley@cov.com) (admitted *pro hac vice*)
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:   (202) 662-6000
Fax:   (202) 662-6291

*Attorneys for Defendant Eugene N. Melnyk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 08 CIV 02979 (LAK) |
| Plaintiff, | ECF Case |
| v. | |
| BIOVAIL CORPORATION, EUGENE N. MELNYK, BRIAN CROMBIE, JOHN MISZUK, and KENNETH G. HOWLING | **JURY TRIAL DEMANDED** |
| Defendants. | |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 13, 2008, I caused a true and correct copy of the Answer of Defendant Eugene N. Melnyk to

be served upon the following counsel for the parties:

**Via Hand Delivery**:

Mark K. Schonfeld
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Tel: (212) 336-1120

Todd D. Brody
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Tel: (212) 336-1120
*Attorneys for Plaintiff Securities and Exchange Commission*

Carmen J. Lawrence
Michael B. de Leeuw
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: (212) 859-8000
*Attorneys for Defendant Kenneth G. Howling*

**Via Federal Express**:

David M. Becker
Shawn H. Chen
Robin M. Bergen
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500
*Attorneys for Defendant Brian Crombie*

Bruce Hiler
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200
*Attorneys for Defendant John Miszuk*

   I also caused copies to be sent by electronic mail, through the Court's electronic filing service, to all parties that have appeared in this action.

Executed:  New York, New York
      June 13, 2008

                        _____
                        Rachel C. Esch