UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>      -v-<br><br>BIOVAIL CORPORATION, EUGENE N. MELNYK,<br>BRIAN CROMBIE, JOHN MISZUK, and<br>KENNETH G. HOWLING,<br><br>        Defendants. | Index No. 08 CIV 02979<br>(LAK) (GWG)<br><br>ECF Case<br><br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK:
        : SS
COUNTY OF NEW YORK:

   Roddie Don Daniels, being duly sworn, deposes and says:

  1.  I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281.

  2.  On the 13th day of June, 2008, I served a true and correct copy of the

     •  Initial Disclosures of Defendant John Miszuk Pursuant to Federal Rule of Civil Procedure 26(a)(1)

by depositing a true copies thereof enclosed in an official depository under the exclusive care and custody of the U.S. Postal service, addressed to the following:

David Becker
Robin Bergen
Shawn Chen
Cleary Gottlieb
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Gregory Joseph
Mara Leventhal
Law Offices of Gregory P. Joseph
485 Lexington Avenue
30th Floor
New York, New York  10017

Michael Rivera
Fried Frank
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Carmen Lawrence
Fried Frank
One New York Plaza
New York, New York  10004

Dennis Auerbach
Lanny Breuer
Covington & Burling, LLP
1201 Pennsylvania Avenue, N.W.
Suite 1015
Washington, D.C.  20004


Roddie Don Daniels

Sworn to before me on this
13th day of June 2008


DAVID MOUHA JR
NOTARY PUBLIC, State of New York
No. 01MO6164096
Qualified in Bronx County
Commission Expires October 5, 2010