CARMEN J. LAWRENCE
MICHAEL J. RIVERA
MICHAEL B. DE LEEUW
NAZAR ALTUN
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
Michael.deLeeuw@friedfrank.com

ATTORNEYS FOR DEFENDANT
     KENNETH G. HOWLING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x
                                                                        :
SECURITIES AND EXCHANGE COMMISSION,                                     :
                                                                        :
                                        Plaintiff,                      :    08 Civ. 02979 (LAK)
                                                                        :    ECF CASE
                - against -                                             :
                                                                        :    **NOTICE OF MOTION**
                                                                        :
BIOVAIL CORPORATION, EUGENE N. MELNYK,                                  :
BRIAN CROMBIE, JOHN MISZUK and KENNETH G.                               :
HOWLING,                                                                :
                                                                        :
                                        Defendants.                     :
                                                                        :
----------------------------------------------------------------------- x

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Nazar Altun, dated June 20, 2008, the exhibits annexed thereto, the accompanying memorandum of law, and upon all prior pleadings and proceedings had herein, defendant, Kenneth G. Howling, will move this Court before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan United States Courthouse of the Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Rules 9(b) and 12(b)(6) of

the Federal Rules of Civil Procedure dismissing the second claim in the Complaint, dated March 24, 2008, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       June 20, 2008

                                  FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

                                  By: <u>/s Michael de Leeuw</u>
                                        Carmen J Lawrence
                                        Michael J. Rivera
                                        Michael B. de Leeuw
                                        Nazar Altun
                                  One New York Plaza
                                  New York, New York 10004-1980
                                  (212) 859-8000
                                  Michael.deLeeuw@friedfrank.com

                                  Attorneys for Defendant
                                  Kenneth G. Howling

CERTIFICATE OF SERVICE

        I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 23, 2008 I caused to be served upon the following, by Federal Express, a true copy of the attached Notice of Motion, dated June 20, 2008:

Dennis B. Auerbach, Esq.
Covington & Burling, LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel to Defendant Eugene Melnyk*

Shawn Chen, Esq.
Cleary, Gottlieb, Steen & Hamilton, LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel to Defendant Brian Crombie*

Todd Brody, Esq.
Securities and Exchange Commission
3 World Financial Center
New York, New York 10281
*Plaintiff*


Dated:    New York, New York
            June 23, 2008

                                                     _____
                                                         Joshua Roth