UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,  :
: No. 08 CIV 02979 (LAK)
:
Plaintiff,  : ECF Case
:
v.  :
:
BIOVAIL CORPORATION,  :
EUGENE N. MELNYK,  :
BRIAN CROMBIE,  :
JOHN MISZUK, and  :
KENNETH G. HOWLING,  :
:
Defendants.  :
------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in the matter on behalf of Defendant Eugene N. Melnyk, as counsel of record, and requests that all papers be served upon the undersigned.

Dated:   June 24, 2008

GREGORY P. JOSEPH LAW OFFICES LLC

By: _____
Madeleine Giansanti Cag (MG-8675)
(mcag@josephnyc.com)
485 Lexington Avenue, 30th Floor
New York, New York 10017
Tel.:   (212) 407-1200
Fax:   (212) 407-1280

*Attorneys for Defendant Eugene N. Melnyk*

1