KAPLAN J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

          v.

BIOVAIL CORPORATION,
EUGENE N. MELNYK,
BRIAN CROMBIE,
JOHN MISZUK, and
KENNETH G. HOWLING

                Defendants.
----------------------------------------x

No. 08 CIV 02979 (LAK)(GWG)

ECF Case

### STIPULATION AND ORDER GOVERNING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

IT IS HEREBY STIPULATED AND AGREED, by and among the parties to the above-captioned action presently pending before the Hon. Lewis A. Kaplan in the United States District Court for the Southern District of New York (the "Action"), through their counsel, that the following briefing schedule will govern with respect to the motions to dismiss filed on June 23, 2008 by Defendants Brian Crombie, John Miszuk, and Kenneth G. Howling:

1. Plaintiff Securities and Exchange Commission will file its opposition briefs to the Motions to Dismiss by no later than July 31, 2008.

2. Defendants will file reply briefs by no later than August 22, 2008.

3. This Stipulation may be executed in counterparts.

Date: July 3, 2008
New York, New York

By: _____

Mark K. Schonfeld
Andrew M. Calamari
Robert J. Keyes
Todd D. Brody
Celeste A. Chase
Catherine Smith
Securities and Exchange Commission
3 World Financial Center
New York, NY 10281-1022
Tel: (212) 336-1120

*Attorneys for Plaintiff Securities and Exchange Commission*

By: _____

Gregory P. Joseph (GJ-1210)
Mara Leventhal (ML-1218)
Gregory P. Joseph Law Offices LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017
Tel: (212) 407-1200

Lanny A. Breuer
Dennis B. Auerbach (admitted *pro hac vice*)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 662-6000

*Attorneys for Defendant Eugene N. Melnyk*

2

By: _____

David M. Becker
Shawn J. Chen
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500

*Attorneys for Defendant Brian Crombie*

By: /s/ *[signature]*

Bruce Hiler (admitted *pro hac vice*)
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200

*Attorneys for Defendant John Miszuk*

By: _____

Carmen J. Lawrence
Michael B. de Leeuw
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: (212) 859-8000

*Attorneys for Defendant Kenneth G. Howling*


SO ORDERED:

_____
Honorable Lewis A. Kaplan
United States District Judge

Dated: _____

3

By: _____

David M. Becker
Shawn J. Chen
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500

*Attorneys for Defendant Brian Crombie*

By: _____

Bruce Hiler (admitted *pro hac vice*)
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200

*Attorneys for Defendant John Mizzuk*

By: _____

Carmen J. Lawrence
Michael B. de Leeuw
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: (212) 859-8000

*Attorneys for Defendant Kenneth G. Howling*

SO ORDERED:

_____
Honorable Lewis A. Kaplan
United States District Judge

Dated: 7/7/08

3

By: _Shawn Chen_

David M. Becker
Shawn J. Chen
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
Tel: (202) 974-1500

*Attorneys for Defendant Brian Crombie*

By: _____

Bruce Hiler (admitted *pro hac vice*)
Jodi Avergun
Cadwalader, Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004
Tel: (202) 862-2200

*Attorneys for Defendant John Miszuk*

By: _____

Carmen J. Lawrence
Michael B. de Leeuw
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980
Tel: (212) 859-8000

*Attorneys for Defendant Kenneth G. Howling*

SO ORDERED:

_____
Honorable Lewis A. Kaplan
United States District Judge

Dated:_____

3