UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                            Plaintiff,<br><br>-against-<br><br>BIOVAIL CORPORATION, EUGENE MELNYK, BRIAN CROMBIE, JOHN MISZUK AND KENNETH HOWLING,<br><br>                                                            Defendants. | 08-CV-02979 (LAK)<br><br>**NOTICE OF JOHN MISZUK'S MOTION TO DISMISS THE SECURITIES AND EXCHANGE COMMISSION'S AMENDED COMPLAINT**<br><br>Oral Argument Requested<br>ECF Case |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and Declaration of Jodi L. Avergun, dated August 22, 2008, and all exhibits annexed thereto, defendant John Miszuk ("Defendant") will move this Court before the Honorable Lewis A. Kaplan, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007-1213, at a date and time to be determined by the Court, pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, for an order dismissing the claims for Violations of the Federal Securities Laws asserted against Defendant in the Securities and Exchange Commission's Amended Complaint, dated July 31, 2008, and for other and further relief the Court deems just and proper.

Dated: August 22, 2008

**CADWALADER, WICKERSHAM & TAFT LLP**


CADWALADER, WICKERSHAM & TAFT LLP

By: _____/s/ Jodi L. Avergun_____
    Bruce A. Hiler (BH 0432)
    Jodi L. Avergun (JA 9459)
    Thomas A. Kuczajda (TK 6993)
    Mollie E. O'Rourke (MO 1165)

1201 F Street NW, Suite 1100
202-862-2200 (tel.)
202-862-2400 (fax)

One World Financial Center
New York, NY  10281
212-504-6000 (tel.)
212-504-6666 (fax)

Attorneys for Defendant John Miszuk