UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
                                                                   :
SECURITIES AND EXCHANGE COMMISSION,                                :
                                                                   :
                         Plaintiff,                                :     No. 08-cv-02979 (LAK) (GWG)
                                                                   :
                   v.                                              :     ECF Case
                                                                   :
BIOVAIL CORPORATION, EUGENE MELNYK,                                :
BRIAN CROMBIE, JOHN MISZUK, and KENNETH                            :
HOWLING,                                                           :
                                                                   :
                         Defendants.                               :
                                                                   :
-------------------------------------------------------------------X
```

## NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of this motion, declaration, and attached exhibits, the undersigned counsel will move this Court before the Honorable Lewis A. Kaplan, at the United States District Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, to dismiss the amended complaint under Fed. R. Civ. P. 9(b).

Dated: August 22, 2008                    Respectfully submitted,

                                          s/Shawn J. Chen
                                          David M. Becker
                                          Shawn J. Chen
                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                          2000 Pennsylvania Avenue, N.W.
                                          Washington, D.C.  20006-1801
                                          Tel.: (202) 974-1500
                                          Fax: (202) 974-1999
                                          schen@cgsh.com

                                          Attorneys for Defendant Brian Crombie