UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,  :
:
Plaintiff,  :   No. 08-cv-02979 (LAK) (GWG)
:
v.  :   ECF Case
:
BIOVAIL CORPORATION, EUGENE MELNYK,  :
BRIAN CROMBIE, JOHN MISZUK, and KENNETH  :
HOWLING  :
:
Defendants.  :
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Antonio J. Reynolds, hereby certify that:

On August 22, 2008, a copy of the foregoing Notice of Motion to Dismiss the Amended Complaint; Defendant Brian Crombie's Memorandum of Law in Support of his Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 9(b); Declaration of Shawn J. Chen in Support of Defendant Brian Crombie's Memorandum of Law in Support of his Motion to Dismiss the Amended Complaint Under Fed. R. Civ. P. 9(b) with accompanying Exhibits A-E; and Certificate of Service were served by electronic transmission through the Court's CM/ECF System and through electronic mail on all counsel of record.

Dated: August 22, 2008          s/Antonio J. Reynolds
                                Antonio J. Reynolds