UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

     -against-                                   08 Civ. 2979 (LAK)

BIOVAIL CORP., et al.,

              Defendants.
------------------------------------------------x

                             **ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The motions of defendants Crombie [docket item 30], Howling [docket item 24], and Miszuk [docket item 27] to dismiss the complaint are denied as moot in light of the filing of the amended complaint.

       SO ORDERED.

Dated:     August 25, 2008

                                                       Lewis A. Kaplan
                                            United States District Judge

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 8/25/08]